Matter of Erbe
2026 NY Slip Op 04027
June 25, 2026
Appellate Division, Third Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Bonnie Ginzburg Erbe, an Attorney. (Attorney Registration No. 2208023)

Decided and Entered:June 25, 2026
PM-130-26
Calendar Date: June 22, 2026
Before: Garry, P.J., Aarons, Reynolds Fitzgerald, Corcoran And Ryba, JJ.

Bonnie Ginzburg Erbe, Falls Church, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]
Per Curiam.
Bonnie Ginzburg Erbe was admitted to practice by this Court in 1988 and lists a business address in Washington, DC with the Office of Court Administration. Erbe now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Erbe's application.
Upon reading Erbe's affidavit sworn to April 26, 2026, and filed May 1, 2026, and upon reading the June 15, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Erbe is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Aarons, Reynolds Fitzgerald, Corcoran and Ryba, JJ., concur.
ORDERED that Bonnie Ginzburg Erbe's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Bonnie Ginzburg Erbe's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Bonnie Ginzburg Erbe is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Erbe is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Bonnie Ginzburg Erbe shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.